December 21, 1979.

424 A.2d 551

Commonwealth v. Baker, Appellant.

 Submitted March 23, 1979. Sylvia Meek, for appellant; Eric B. Henson,

Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.